# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT S. PHILLIPS, | ) | 1:09-cv-01572 YNP DLB (HC) |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER DISMISSING PETITIONER'S MOTIONS TO FILE A FIRST AMENDED PETITION AS MOOT |
| M. MARTEL, Warden, | ) ) | |
| Respondent. | ) ) | [Doc. #3, 11] |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed motions to file a first amended petition on August 26, 2009, and September 16, 2009. (Docs. #3, 11.) On September 16, 2009, Petitioner also filed a first amended petition for writ of habeas corpus. (Doc. #10.)

Petitioner has consented to the jurisdiction of the Federal Magistrate Judge over all matters in this case, including final disposition, pursuant to 28 U.S.C. § 363(c).

No respondent has yet been ordered to respond in this case.

Federal Rule of Civil Procedure 15(a)(1) allows a party leave to amend its pleading once as a matter of right "before being served with a responsive pleading..." It is important to note that, should a petitioner wish to amend the petition, he must do so by submitting a document entitled "Amended Petition," which must be a complete petition for writ of habeas corpus which will replace the previously-filed petition. Local Rule 15-220. The Court cannot add, remove, or replace pages of a petition that is already filed.

1      Petitioner has already filed his first amended petition, as was his right, because no responsive

2 pleading had yet been filed.  **Because Petitioner was allowed to file the first amended petition as**

3 **a matter of right, he did not need leave of this Court to do so.**

4      Accordingly, Petitioner's motions to file a first amended petition are hereby DISMISSED AS

5 MOOT.

6

7      IT IS SO ORDERED.

8      **Dated:**    **March 8, 2010**          /s/ **Dennis L. Beck**

                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28