# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT S. PHILLIPS, | 1:09-cv-01572 OWW MJS (HC) |
| Petitioner, | ORDER DENYING MOTION FOR COPIES |
| v. | [Doc. 31] |
| M. MARTEL, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under authority of 28 U.S.C. § 2254.

On August 12, 2010 Respondent filed an answer in response to the petition for writ of habeas corpus. (Answer, ECF No. 24.) After obtaining two extensions of time, Petitioner filed a traverse to the answer on November 29, 2010. (Traverse, ECF No. 30.) Along with the traverse, Petitioner filed a motion for copies. (Mot., ECF No. 31.) In the motion, Petitioner states that he submitted his only copy of the traverse, attached memorandum of points and authorities, and exhibits, and he requests copies of those documents.

Petitioner's motion is DENIED. As stated in the new case documents served on Petitioner on September 4, 2009, Petitioner may obtain copies of documents in the following manner:

> Copy Work: The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800-842-2695. The court will provide copies of docket sheets

-1-

at $0.50 per page. Note: In Forma Pauperis status does not include the cost of copies.

Petitioner may request such documents from the above-referenced copy service without need of a court order.

**ORDER**

Accordingly, it is hereby ordered that Petitioner's motion for copies is DENIED.

IT IS SO ORDERED.

Dated:   December 8, 2010           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE